IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Carlos Simmons, #211859, ) | |
| ) | Civil Action No. 6:08-400-GRA-WMC |
| Plaintiff, ) | |
| ) | **REPORT OF MAGISTRATE JUDGE** |
| vs. ) | |
| ) | |
| SCDC Lieber CI, et al., ) | |
| ) | |
| Defendants. ) | |

The plaintiff, a state prisoner proceeding *pro se*, seeks relief pursuant to Title 42, United States Code, Section 1983. This matter is before the court on motion of the plaintiff for default judgment.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Local Rule 73.02(B)(2)(d), D.S.C., this magistrate judge is authorized to review all pretrial matters in cases filed under Title 42, United States Code, Section 1983, and submit findings and recommendations to the District Court.

The plaintiff moved for default judgment (doc. 16) against the defendant South Carolina Department of Corrections[1] ("SCDC") for failure to timely file an answer to the original complaint (doc. 55). A review of the docket in this case reveals that an extension of time was granted to the defendant until December 11, 2008, to file an answer or otherwise respond to the plaintiff's complaint (doc. 19). The defendant filed a motion to dismiss on December 3, 2008 (doc. 23). As the responsive pleading was filed by the court's extended deadline, the defendant was not in default.

Based on the foregoing, it is recommended that the plaintiff's motion for default judgment (doc. 16) be denied.

August 19, 2009
Greenville, South Carolina

WILLIAM M. CATOE
UNITED STATES MAGISTRATE JUDGE

---

[1] The plaintiff amended his complaint on March 24, 2009, adding several individual defendants.