UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Carlos Simmons, #211859, | ) | |
| | ) | C/A No.: 6:08-cv-00400-GRA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | (Written Opinion) |
| Director Jon Ozmint, Sgt. Wilson, | ) | |
| Capt. Clock, Ofc. Walsh, Sgt. Jones, | ) | |
| Sgt. Myers, Major Montel, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the Court to review Magistrate Judge William M. Catoe's Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2)(d), D.S.C., filed on August 19, 2009. The magistrate recommends that this Court deny Plaintiff's Motion for Default Judgment against Defendant South Carolina Department of Corrections ("SCDC")[1]. For the reasons stated herein, this Court adopts the magistrate's recommendation.

Plaintiff moved for default judgment against SCDC for failure to timely file an answer to the original complaint. The magistrate granted SCDC until December 11, 2008, to file an answer or otherwise respond to Plaintiff's complaint. SCDC filed a motion to dismiss on December 3, 2008. Therefore, the magistrate judge recommended denying Plaintiff's motion in its August 19, 2008, report. Plaintiff had until September 8, 2009,

---

[1] Plaintiff amended his complaint on March 24, 2009, adding several individual defendants. On July 28, 2009, this Court dismissed SCDC as a defendant in this action.

to file objections to this Report and Recommendation. On September 2, 2009, Plaintiff asked this Court to stay the case until his release from prison. The Court denied that motion, but in an abundance of caution it gave Plaintiff until September 18, 2009, to file objections to the magistrate's Report and Recommendation. Plaintiff filed no objections.

Plaintiff brings this claim *pro se.* This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *See Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *See Boag v. MacDougall*, 454 U.S. 364, 365 (1982).

The magistrate makes only a recommendation to this Court. The recommendation has no presumptive weight, and responsibility for making a final determination remains with this Court. *Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and this Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). This Court may also "receive further evidence or recommit the matter to the magistrate with instructions." *Id.* In the absence of specific objections to the Report and Recommendation, this Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198 (4th. Cir. 1983). As noted above, Plaintiff did not file any objections.

After a review of the magistrate's Report and Recommendation, applicable case law, and the record, this Court finds that the magistrate applied sound legal principles to the facts of this case. Therefore, this Court adopts the Report and Recommendation in its entirety.

IT IS THEREFORE SO ORDERED THAT Plaintiff's Motion for Default Judgment against SCDC is DENIED.

**IT IS SO ORDERED.**

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

September 25, 2009
Anderson, South Carolina

### NOTICE OF RIGHT TO APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff has the right to appeal this Order within thirty (30) days from the date of its entry. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, **will waive the right to appeal.**